Order issued November 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01454-CV

## IN RE ANTHONY PEACE, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-12535-Y**

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

JIM MOSELEY
JUSTICE